# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER WADE HAMMOND,<br>    Petitioner,<br><br>v.<br><br>MARILYN BROOKS,<br>    Respondents. | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 04-5783<br>:<br>:<br>:<br>: |

## Order

YOHN, J.

      And now, this 29th day of May 2009, upon careful consideration of Christopher Wade Hammond's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the government's response, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and petitioner's objections thereto, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;

2. The Recommendation of United States Magistrate Judge Timothy R. Rice is **APPROVED**;

3. The petition for writ of habeas corpus is **DISMISSED** and **DENIED**;

4. The Clerk shall **CLOSE** this case for statistical purposes; and

5. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

                                                s/ William H. Yohn Jr., Judge
                                                William H. Yohn Jr., Judge